| | |
|---|---|
| 1 | PAUL L. REIN, State Bar No. 43053 |
| 2 | CELIA MCGUINNESS, State Bar No. 159420 |
| | CATHERINE CABALO, State Bar No. 248198 |
| 3 | LAW OFFICES OF PAUL L. REIN |
| | 200 Lakeside Drive, Suite A |
| 4 | Oakland, CA  94612 |
| | Telephone:  (510) 832-5001 |
| 5 | Facsimile:  (510) 832-4787 |
| | reinlawoffice@aol.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | NICOLE BROWN-BOOKER |
| 8 | *Defendants and their respective counsel listed after the caption.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | NICOLE BROWN-BOOKER, | Case No. C12-6563 PJH |
| | Plaintiff, | Civil Rights |
| | v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| | BRISTOL FARMS, INC. dba BRISTOL FARMS; EMPORIUM MALL, LLC; WESTFIELD GROUP; and DOES 1-20, Inclusive, | |
| | Defendants. | |

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
DAVID S. EISEN, ESQ. (State Bar No. 100623)
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213/443-5100
Facsimile: 213/443-5101
david.eisen@wilsonelser.com

Attorneys for Defendant
BRISTOL FARMS, INC. dba
BRISTOL FARMS

RYAN J. LARSEN, Esq. (SBN 211622)
KATTEN MUCHIN ROSENMAN LLP

---

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE

Case No. C12-6563 PJH
S:\CASES\BRISTOL FARMS\PLEADINGS\Stipulated Dismissal.docx

```
1   2029 Century Park East, Suite 2600
    Los Angeles, CA 90067
2   Telephone:    310/788-4400
    Fax:          310/712-8269
3
    Attorneys for Defendants WESTFIELD GROUP
4   and EMPORIUM MALL, LLC
```

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Nicole Brown-Booker ("Plaintiff") and defendants Bristol Farms, Inc. dba Bristol Farms; Westfield Group; and Emporium Mall, LLC ("Defendants"), by and through their respective counsel of record, hereby STIPULATE that Plaintiff's action against Defendants be dismissed *with prejudice*. This Stipulation of Dismissal with prejudice is made pursuant to the terms and conditions of an earlier-filed Court-Enforceable Settlement Agreement and Release, which resolves Plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses, and costs -- and provides for this Court's continued jurisdiction for enforcement purposes.

**IT IS SO STIPULATED.**

Dated: July 10, 2014                **LAW OFFICES OF PAUL L. REIN**

                                    By:      */s/ Catherine Cabalo*
                                          Catherine Cabalo, Esq.
                                    Attorneys for Plaintiff
                                    NICOLE BROWN-BOOKER

Dated: July 10, 2014                **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                    By:      */s/ David Eisen*
                                          David Eisen, Esq.
                                    Attorneys for Defendant BRISTOL FARMS, INC. dba BRISTOL FARMS

- 2 -

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE

Case No. C12-6563 PJH
S:\CASES\BRISTOL FARMS\PLEADINGS\Stipulated Dismissal.docx

| | | |
|---|---|---|
| 1 | Dated: July 10, 2014 | **KATTEN MUCHIN ROSENMAN LLP** |
| 2 | | |
| 3 | | By: _____*/s/ Ryan Larsen*_____ |
| 4 | | Ryan Larsen, Esq.<br>Attorneys for Defendants EMPORIUM MALL, LLC & WESTFIELD, LLC |

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __July 11___, 2014          _____
                                                    Honorable PHYLLIS J. HAMILTON
                                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

# FILER'S ATTESTATION

Pursuant to General Order 45, section X(B), I hereby attest that on July 10, 2014, I, Catherine Cabalo, received the concurrences of David Eisen and Ryan Larson in the filing of this document.

                                           */s/ Catherine Cabalo*
                                           Catherine Cabalo, Esq.

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE

Case No. C12-6563 PJH
S:\CASES\BRISTOL FARMS\PLEADINGS\Stipulated Dismissal.docx